Cora A. Shaw, appellee, v. A. W. Meyer et al., on appeal of A. W. Meyer et al., appellants. Gen. No. 25,925.

Action to recover compensation for services as stenographer. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. F. J. Campbell, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed November 29, 1920.

David K. Cochrane, for appellants. Daniel S. Wentworth and David B. Maloney, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

B. A. L. Thomson, appellant, v. Charles H. Perry, appellee. Gen. No. 26,012.

Action on a note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 29, 1920.

George H. Sugrue, for appellant. Ira B. Fehrman, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Henry C. Hart, appellant, v. Marcus S. Oliver, appellee. Gen. No. 26,085.

Action for damages to automobile, caused by collision with another. Judgment for defendant. Appeal from the County Court of Cook county; the Hon. G. S. Ragsdale, Judge, presiding. Heard in this court at the March term, 1920. Reversed and remanded. Opinion filed November 29, 1920.

John A. Bloomingston, for appellant. Lynn & Hallam, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

George F. Goodnow, appellee, v. M. Irving Osborne, appellant. Gen. No. 25,521.

Action on a promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed November 30, 1920.

Merrick & Merrick, for appellant. Winston, Strawn & Shaw, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

John E. Traeger, sheriff, for use of Louis Marrlestone, appellee, v. Joe Arkin, appellant. Gen. No. 25,536.

Action on a replevin bond. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed November 30, 1920.

Saltiel & Rossen, for appellant. Michael Feinberg, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Stanislaw Zajkowski and Feliksa Zajkowski, appellees, v. William and Josephine Adent, appellants. Gen. No. 25,540.

Action to recover money loaned. Judgment for plaintiffs. Appeal